UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MODULAR HOMES OF WISCONSIN, INC.

        Plaintiff,        Civil Action: 02-C-666

vs.

ALL AMERICAN HOMES OF IOWA, LLC,

        Defendant.

---

## ORDER FOR DISMISSAL

Based upon the foregoing Stipulation of the parties and all of the pleadings on file herein,

IT IS HEREBY ORDERED that the above-captioned action is hereby dismissed with prejudice and without costs to either party.

Dated this 31st day of August, 2005.

                                  BY THE COURT:

                                  /s/    David RHerndon

                                  U.S. District Judge