IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

MODULAR HOMES OF WISCONSIN, INC.,

    Plaintiff,

  vs.                      Cause No. 02-C-666

ALL AMERICAN HOMES OF IOWA, LLC.,

    Defendant.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** without costs to either party.------------------------------------------------------------------------------

                                                  **SOFRON B. NEDILSKY, CLERK**

September 1, 2005                  By:   s/Patricia Brown
                                                       Deputy Clerk

APPROVED: /s/   David RHerndon       EOD:  9/1/2005
          **U.S. DISTRICT JUDGE**